# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| SCICOM Data Services, Ltd., JNE/FLN | Case No. 12-CV-02764 |
| Plaintiff, | |
| v. | **STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| Actuate Corporation, | |
| Defendant. | |

WHEREAS, Defendant Actuate Corporation ("Defendant") is due to respond to the Complaint by Plaintiff SCICOM Data Services, Ltd. ("Plaintiff") on or before November 6, 2012; and

WHEREAS, the parties have agreed to an extension of time to answer or otherwise respond to Plaintiff's Complaint in order that they may diligently pursue a negotiated settlement to their dispute;

IT IS HEREBY STIPULATED AND AGREED, by the parties, through their respective counsel, that Defendants may have up to and including February 1, 2013 to answer or otherwise respond to the Complaint of SCICOM Data Services, Ltd; and

THE PARTIES RESPECTFULLY REQUEST the Court to enter the accompanying Order to such effect, if it is agreeable to the Court, and stipulate the Court may do so without further notice or hearing; and

THE PARTIES FURTHER RESPECTFULLY REQUEST the Court, in light of the stipulated extension of time to answer or otherwise respond to Plaintiff's Complaint, to stay the pre-trial conference now set for December 11, 2012.

Dated: November 6, 2012

**FREDRIKSON & BYRON, P.A.**

*s/ Sarah C.S. McLaren*
_____
Sarah C. S. McLaren (#345878)
Lori-Ann C. Jones (#389344)
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402
(612) 492-7000
smclaren@fredlaw.com
ljones@fredlaw.com

Attorneys for Plaintiff SCICOM Data Services

Dated: November 6, 2012

**BARTKO ZANKEL**

*s/ Benjamin Riley*
_____
Benjamin K. Riley (Cal. #112007)
      *(pro hac vice)*
900 Front Street, Suite 300
San Francisco, CA  94111
(415) 291-4507
briley@bztm.com

- *and* –

**FAEGRE BAKER DANIELS**

*s/ Eileen Hunter*
_____
Eileen M. Hunter (#0336336)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
(612) 766-7000
Eileen.Hunter@FaegreBD.com

Attorneys for Defendant Actuate Corporation

dms.us.51023208.01