**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

SCICOM Data Services, Ltd.,

                        Plaintiff,

Case No. 12-CV-02764 JNE/FLN

v.

**ORDER FOR EXTENSION OF TIME**

Actuate Corporation,

                        Defendant.

---

This matter coming to be heard on the parties' Stipulation for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, all parties having been given due notice and this Court fully advised,

**IT IS HEREBY ORDERED**: The Stipulation is granted and the Schedule is modified accordingly:

Defendant Actuate Corporation is granted an extension of time until and including February 1, 2013, to answer or otherwise respond to the Complaint in the above-captioned matter. The pre-trial conference set for December 11, 2012, is stayed.

Dated: November 6, 2012                      *s/ Franklin L. Noel*
                                                                    FRANKLIN L. NOEL
                                                                    United States Magistrate Judge